

FILED

2007 OCT 25 PM 4: 00

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-

**MILTON WILLIAMS**

Case Number: **6:07-Cr-43-Orl-31DAB**

USM Number: 21807-018

Clarence W. Counts, Jr.
201 S. Orange Avenue, #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, passing a counterfeit credit card. | February 25, 2007 |
| 2 | New criminal conduct, Illegal Use of a stolen credit card. | February 25, 2007 |
| 4 | Positive urinalysis for Cocaine | January 8, 2007 |
| 5 | Positive urinalysis for Cocaine and cannabinoids | January 22, 2007 |
| 6 | Positive urinalysis for Cocaine | January 29, 2007 |
| 7 | Positive urinalysis for Cocaine | February 8, 2007 |
| 8 | Positive urinalysis for Cocaine | February 13, 2007 |
| 9 | Positive urinalysis for Cocaine | February 21, 2007 |
| 10 | Positive urinalysis for Cocaine | March 16, 2007 |
| 11 | Positive urinalysis for Cocaine | March 23, 2007 |
| 12 | Positive urinalysis for Cocaine | April 2, 2007 |
| 13 | Positive urinalysis for Cocaine | April 26, 2007 |
| 14 | Positive urinalysis for Cocaine | May 3, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition Three and is discharged as to such violation condition.

AO 245B (Rev. 6/05) Judgment in a Criminal Case

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/25/2007

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

October 25, 2007

MILTON WILLIAMS  Page 3 of 3
6:07-Cr-43-Orl-31DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case